IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 110-UNA |
| JOSE MANUEL ROA-BELMONTE, | : |
| Defendant. | : |

### FELONY INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about June 15, 2007, in the State and District of Delaware, JOSE MANUEL ROA-BELMONTE, defendant herein, an alien and subject of Mexico, was found in the United States, after having been removed therefrom on or about September 29, 2006, at or near San Ysidro, California, and Defendant was knowingly in the United States, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: August 16, 2007

2007 AUG 16 AM 8:31

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE