IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-110 GMS |
| | ) |
| JOSE MANUEL ROA-BELMONTE | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 14TH day of September 2007, the defendant having entered a plea of guilty to count I of the felony information filed against him;

IT IS ORDERED that:

1. The sentencing of the defendant is scheduled for **Thursday, December 13, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, in courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Any objections to the presentence report and any factors under 18 U.S.C. § 3553(a) that counsel plans to raise at sentencing must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections and § 3553(a) factors should **not** be filed with the court;[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

3.    Counsel will notify the court promptly if an evidentiary hearing on disputed sentencing issues is required; and

4.    Pursuant to Federal Rule of Criminal Procedure 32(g), **at least seven (7) days before sentencing,** the probation officer must submit to the court and to the parties the presentence report and an addendum containing any unresolved objections, the grounds for those objections, and the probation officer's comments on them.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE