IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
| : | |
| Plaintiff,       : | |
| : | |
| v.                                                  : | Criminal Action No. 07-110 GMS |
| : | |
| JOSE MANUEL ROA-BELMONTE,   : | |
| : | |
| Defendant.      : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves for a continuance of sentencing in this matter for about thirty days for the reasons set forth below:

1. The defendant entered a guilty plea on September 14, 2007, to Count I of an information charging him with a violation of 8 U.S.C. § 1326(a). The Memorandum of Plea Agreement indicated that the maximum period of incarceration faced by the defendant was two years.

2. The pre-sentence investigation has uncovered a prior conviction that may be an aggravated felony exposing the defendant to a maximum of twenty years imprisonment at sentencing.

3. The government requests a continuance of sentencing for a period of about thirty days so that the parties and probation may research the issues presented to determine what effect the prior felony has on the validity of the defendant's plea agreement and the appropriate statutory maximum to apply in this case.

4.  Counsel for the defendant does not oppose this request.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

                        By: /s/ Douglas E. McCann
                            Douglas E. McCann
                            Assistant United States Attorney
                            1007 Orange Street, Suite 700
                            Wilmington, Delaware 19801
                            (302) 573-6277

DATED:    December 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 07-110 GMS |
| | : |
| JOSE MANUEL ROA-BELMONTE, | : |
| | : |
| Defendant. | : |

**ORDER**

IT IS HEREBY ORDERED this \_\_\_\_ day of December, 2007, that the government's Unopposed Motion to Continue Sentencing is GRANTED. Sentencing is continued in this matter until _____, at _____ .m.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE