IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-110 GMS |
| | ) |
| JOSE MANUEL ROA-BELMONTE | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

IT IS HEREBY ORDERED that the sentencing of the above-captioned defendant is rescheduled to **Friday, January 18, 2008, at 2:00 p.m.** before the Honorable Gregory M. Sleet, in courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

December 4, 2007