IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-110-GMS |
| | : | |
| JOSE MANUAL ROA-BELMONTE, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING**

Defendant, Jose Manual Roa-Belmonte, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Roa-Belmonte avers as follows:

1. On or about September 14, 2007, Mr. Roa-Belmonte appeared before this Court and plead guilty to Count I of the Indictment charging him with, Illegal Re-entry in violation of Title 8 U.S.C. § 1326(a). Sentencing is currently scheduled for January 18, 2007.

2. The Memorandum of Plea Agreegment stated that the Defendant faced a maximum period of incarceration of two years.

3. In the course of its presentence investigation, the Pretrial Services Officer, found that Mr. Roa-Belmonte has a prior conviction that may be an aggravated felony increasing the maximum period of incarceration from two years to twenty years.

4. Accordingly, Mr. Roa-Belmonte respectfully requests a continuance of the Sentencing Hearing so that defense counsel can have the opportunity to conduct a more thorough investigation

of his alleged prior conviction and the appropriate statutory maximum in this case.

5. The government and the probation department have been informed of this request, and do not object to a continuance.

**WHEREFORE,** the Defendant, Jose Manuel Roa-Belmonte, respectfully requests that this Court issue an Order continuing the Sentencing Hearing for thirty days.

Respectfully submitted,

\_\_\_/s_____
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Jose Manuel Roa-Belmonte

Dated: December 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-110-GMS |
| | : | |
| JOSE MANUEL ROA-BELMONTE, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Roa-Belmonte's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

                                                                                                         _____
                                                                                                         Honorable Gregory M. Sleet
                                                                                                         Chief Judge, United States District Court