IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-110-GMS |
| JOSE MANUEL ROA-BELMONTE, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

IT IS HEREBY ORDERED this 17th day of Dec., 2007, that Defendant Roa-Belmonte's Sentencing Hearing shall be on the 27th day of Feb., 2008, at 9:30 a.m./~~p.m.~~

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE